# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ADRIAN FRANCISCO ESPINOZA BELTRAN,

    Petitioner,

v.

                                     Case No. 2:26-cv-00948-MIS-JMR

WARDEN, Otero County Processing Center, *et al.*,

    Respondents,

## ORDER DISMISSING PETITION

This matter is before the Court on the Petition for Writ of Habeas ("Petition"), filed by Adrian Francisco Espinoza Beltran on April 22, 2026. ECF No. 1. The Court ordered Petitioner to show cause by April 23, 2026, as to why his Petitioner should not be dismissed, ECF No. 3 at 4, since (1) Petitioner sought release despite being in mandatory detention as an immigration detainee under a final order of removal issued within the preceding 90 days, *id.* at 3, and (2) challenged his removal order despite the Court's lack of jurisdiction to review removal orders, *id.* Petitioner failed to do so. All court documents sent to Petitioner have been returned marked "Departed," ECF Nos. 6-10, and the Clerk of the Court was unable to find Petitioner in the inmate locator, ECF No. 7.

The Court therefore assumes Petitioner is no longer in custody and dismisses his Petition as moot. *See Munaf v. Geren*, 553 U.S. 674, 685 (2008) (citing 28 U.S.C. §§ 2241(c)(1), (3)) ("The habeas statute provides that a federal district court may entertain a habeas application by a person held 'in custody under or by color of the authority of the United States,' or 'in custody in violation of the Constitution or laws or treaties of the United States.'").

Alternatively, the Court dismisses the Petition for failure to show cause and comply with the Court's order under Federal Rule of Civil Procedure 41(b). *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (citation omitted) ("Although the language of Rule 41(b) requires that

the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.").

Accordingly, it is **HEREBY ORDERED** that Petitioner Adrian Francisco Espinoza Beltran's Petition for a Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2